COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Oscar Lee Harrison v. CityChase LLC

Appellate case number:    01-18-00782-CV

Trial court case number:   1115051

Trial court:              County Civil Court at Law No. 2 of Harris County

Appellant, Oscar Lee Harrison, filed a pro se notice of appeal on August 24, 2018, in the trial court from the August 21, 2018 final judgment in this forcible entry and detainer action. On September 6, 2018, the county clerk filed a clerk's record containing, among other things, appellant's Statement of Inability to Afford Payment of Court Costs or an Appeal Bond ("Statement"), filed on August 8, 2018, but no trial court's order denying it. On September 10, 2018, the court reporter's information sheet stated that no reporter's record was taken.

Rule of Appellate Procedure 20.1 provides that a party who files such a Statement in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's indigence claim was not overruled by the trial court, appellant is not required to pay appellate costs. *See id.*

Accordingly, the Clerk of this Court is **directed** to mark appellant indigent in this Court's records and allowed to proceed without advance payment of the appellate filing, clerk's, and reporter's record fees. Thus, because appellant is proceeding pro se, the Court **ORDERS** the county clerk to mail the clerk's record to the appellant, at no cost to appellant, **within 10 days** of the date of this order, and shall certify the delivery date **within 15 days** of the date of this order. Finally, appellant is **ORDERED** to file appellant's brief **within 30 days** from the date of this Order. *See* TEX. R. APP. P. 2, 38.6(a)(1).

It is so ORDERED.

Judge's signature:   /s/ Laura C. Higley
                         ☑ Acting individually   ☐ Acting for the Court

Date: September 13, 2018